IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ASSEFA GABREL EGZIABHER, JR.**                                      **PLAINTIFF**

V.                              CASE NO. 5:20-CV-05005

**OFFICER FAUBUS, Fayetteville**
**Police Department**                                                  **DEFENDANT**

## OPINION AND ORDER

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. Plaintiff is not incarcerated.

On August 21, 2020, the Defendant filed a Motion for Summary Judgment (Doc. 21). That same day, an Order (Doc. 24) was entered directing Plaintiff to file a response to the Motion for Summary Judgment by September 11, 2020. Plaintiff was advised that failure to respond to the Order would subject the case to dismissal without prejudice.

Plaintiff did not file a response to the Motion for Summary Judgment. On September 18, 2020, a Show Cause Order (Doc. 25) was entered. Plaintiff was given until October 9, 2020, to show cause why he failed to obey the Order of the Court. Plaintiff has not responded to the Show Cause Order. He has not requested an extension of time to file his response. No mail has been returned as undeliverable. Plaintiff has failed to comply with the Court's Orders (Docs. 24–25).

The Federal Rules of Civil Procedure specifically contemplate dismissal of a case on the ground that the plaintiff failed to prosecute or failed to comply with an order of the court. Fed. R. Civ. P. 41(b); *Line v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (stating that the district court possesses the power to dismiss *sua sponte* under Rule

1

41(b)). Pursuant to Rule 41(b), a district court has the power to dismiss an action based on "the plaintiff's failure to comply with *any* court order." *Brown v. Frey*, 806 F.2d 801, 803-04 (8th Cir. 1986) (emphasis added). Additionally, Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas requires parties appearing *pro se* to monitor the case, and to prosecute or defend the action diligently.

Therefore, pursuant to Rule 41(b), this Complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE** based on Plaintiff's failure to prosecute this case, his failure to obey the orders of the Court, and his failure to comply with Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 16th day of October, 2020.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE